UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

FLATIRON HEALTH, INC.,

                Plaintiff,

    - against -

TEMPUS, INC. and KENNETH CARSON, M.D.,

                Defendants.

---------------------------------------------------------------- X

___ CV ___

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiff Flatiron Health, Inc. ("Flatiron") provides the following Corporate Disclosure Statement:

1. Flatiron is a subsidiary of Roche Holdings, Inc., a Delaware corporation.

2. Roche Holdings, Inc.'s ultimate parent, Roche Holding Ltd., is a publicly held Swiss corporation traded on the Swiss Stock Exchange.

3. More than 10% of Roche Holding Ltd.'s voting shares are held either directly or indirectly by Novartis Ltd.

Dated: New York, New York
         September 27, 2019

                                        DAVIS WRIGHT TREMAINE LLP

                                        By: _____
                                             Lyle S. Zuckerman
                                             Laura Sack

                                        1251 Avenue of the Americas, 21st Floor
                                        New York, New York 10020
                                        (212) 489-8230

                                        *Attorneys for Plaintiff Flatiron Health, Inc.*