UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/20

------------------------------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

------------------------------------------------------------x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action
captioned: Flatiron Health v. Carson (Case No 1:2019cv08999)

The date(s) for which such authorization is provided is (are) January 23-31, 2020.

| Attorney | Device(s) |
|---|---|
| 1. Scott Musoff | 1 laptop computer; 1 cellular phone |
| 2. Julie Cohen | 1 laptop computer; 1 cellular phone |
| 3. James Brown | 1 laptop computer; 1 cellular phone |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 23 January 2020

**Victor Marrero**
United States Judge

# ELECTRONIC DEVICE ORDER
# ATTACHMENT A

## Flatiron Health, Inc. v. Carson
## Case No 1:2019cv08999

### January 23 - 31, 2020

| Attorney | Device(s) |
| --- | --- |
| 4. Michael Restey | 1 laptop computer; 1 cellular phone |
| 5. Chris Fredmonski | 1 laptop computer; 1 cellular phone |
| 6. Erik Phelps | 1 laptop computer; 1 cellular phone |
| 7. Maggie Huston | 1 laptop computer; 1 cellular phone |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
---------------------------------------------------------------- x

      The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

      ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action
captioned: Flatiron Health v. Carson  (Case No 1:2019cv08999)

The date(s) for which such authorization is provided is (are)  January 23-31, 2020 .

| Attorney | Device(s) |
|---|---|
| 1. Aaron Shorr (Trial Technician - required for the display of electronic evidence during trial) | 2 laptop computers; 1 cellular phone; power; 2 external hard drives; 1 printer, and cables |
|  |  |
|  |  |

*(Attach Extra Sheet If Needed)*

      The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 23 January 2020

Victor Marrero
United States Judge

Revised: February 28, 2014

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212)-735-7852
DIRECT FAX
(917) 777-7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE OFFICES
-----
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

January 22, 2020

**BY FAX**
Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

      RE:    <u>Flatiron Health, Inc. v. Carson</u>, No. 19-cv-08999-VM-DCF

Dear Judge Marrero:

      We represent defendant Kenneth Carson, M.D., and write to respectfully submit the enclosed proposed Electronic Device Orders to bring Personal Electronic Devices and General Purpose Computing Devices into the Courthouse for use in connection with the trial scheduled in the above-referenced action. The first order lists attorneys for Dr. Carson, and the second lists our trial technician responsible for facilitating the electronic presentation of evidence. In order to minimize the amount of printed copies of documents required in the courtroom, we have prepared an electronic database of case materials accessible by laptop computer. In order to utilize these electronic materials, cellphones are required to provide the necessary security codes to access the database. We understand and will abide by the Court's prohibitions on the use of cellphones in the courtroom.

                                Respectfully submitted,

                                */s/ Scott D. Musoff*

                                Scott D. Musoff

Encls. (2)

cc:     All Counsel of Record