USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FLATIRON HEALTH, INC.,
                        Plaintiff,

      -against-                                    19 **CIVIL** 8999 (VM)

## JUDGMENT

KENNETH CARSON, M.D.,
                        Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated February 19, 2020, Plaintiff Flatiron Health Inc.'s request for a declaratory judgment pursuant to 28 U.S.C. Section 2201 is DENIED; Plaintiff Flatiron Health Inc.'s request for an injunction is DENIED; judgment is entered in favor of defendant Kenneth Carson, M.D.

**Dated:** New York, New York
           February 20, 2020

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                          **BY:**

                                                          **Deputy Clerk**