# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

**VIA FACSIMILE – (212) 805-6382**

March 9, 2020

Hon. Victor Marrero
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/20

Re:   *Flatiron Health, Inc. v. Carson*, No. 19-cv-08999 (VM)

Dear Judge Marrero:

We write on behalf of Plaintiff Flatiron Health, Inc. ("Flatiron") in connection with Flatiron's Motion to Seal Certain Documents, Close Courtroom During Presentation of Confidential Information During Trial, and Seal Resulting Trial Transcripts ("Motion to Seal"), dated January 24, 2020, which was filed in the above-referenced matter. Dkt. Nos. 81-84. Defendant did not oppose Flatiron's Motion to Seal.

We respectfully request that this Court temporarily seal the transcripts of the trial, which occurred on January 27, 28, and 30, until the Court has ruled on Flatiron's proposed redactions to the trial transcripts. We have just learned from the Southern District Reporters that the trial transcripts are currently available for purchase by the public.

Flatiron submitted a hard copy of its proposed redactions to the trial transcripts, trial exhibits, and direct testimony on February 10, 2020 in connection with its Motion to Seal. We respectfully request that the Court permit Flatiron to submit redacted versions of those documents in order to protect the confidentiality of Flatiron's confidential business information and trade secrets.

Request GRANTED. The Clerk of Court is directed to seal the transcript of the trial of this action, and to file in the public docket of this action the redacted copies of the documents described above.

SO ORDERED:
3-10-20
DATE       VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

*Teresa*

Teresa T. Lewi
*Counsel for Plaintiff Flatiron Health, Inc.*

cc:   Counsel of record (*via email*)