```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
FLATIRON HEALTH, INC.,              :
                                    :
                Plaintiff,          :    19 Civ. 8999 (VM)
                                    :
    - against -                     :         ORDER
                                    :
KENNETH CARSON, M.D.,               :
                                    :
                Defendant.          :
----------------------------------- X
```

**VICTOR MARRERO**, **United States District Judge**.

The Court is in receipt of a letter from defendant Kenneth Carson, M.D. ("Carson), dated April 14, 2020, requesting clarification of the Court's April 1, 2020 Decision and Order; a letter from plaintiff Flatiron Health, Inc., dated April 20, 2020, responding to Carson's request; and a letter reply from Carson dated April 21, 2020.

The parties are hereby directed to meet and confer and endeavor to reach an accord on the issues on which they disagree. The parties are further directed to provide an update to the Court by no later than April 27, 2020.

**SO ORDERED:**

Dated:   New York, New York
         21 April 2020

_Victor Marrero_
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2020